**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California

Case number (*If known*): _____ Chapter __7__

FILED
FEB 0 7 2020
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

☐ Check if this is an amended filing

Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☑ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's full name**

   Scot
   First name

   _____
   Middle name

   Matteson
   Last name

   _____
   Suffix (Sr., Jr., II, III)

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed, married, maiden, or trade names, or *doing business as* names.

4. **Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

   ☐ Unknown

   xxx – xx – 0 8 9 8     OR     9xx – xx – ___ ___ ___ ___

5. **Any Employer Identification Numbers (EINs) used in the last 8 years**

   ☐ Unknown

   ___ ___ – ___ ___ ___ ___ ___ ___ ___
   EIN

   ___ ___ – ___ ___ ___ ___ ___ ___ ___
   EIN

Official Form 105    Involuntary Petition Against an Individual    page **1**

Debtor  **Scot Matteson** _____   Case number (*if known*)_____

6. **Debtor's address**

   **Principal residence**

   183 Ambroise
   Number    Street

   _____

   Newport Coast         CA    92657
   City                  State  ZIP Code

   Orange
   County

   **Principal place of business**

   Same as above.
   Number    Street

   _____

   _____

   City                  State    ZIP Code

   _____
   County

   **Mailing address, if different from residence**

   _____
   Number    Street

   _____

   _____
   City                  State    ZIP Code

7. **Type of business**

   ☐ Debtor does not operate a business

   *Check one if the debtor operates a business:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ None of the above

8. **Type of debt**

   **Each petitioner believes:**

   ☑ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   ☐ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

9. **Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

   ☑ No
   ☐ Yes. Debtor _____  Relationship _____
      District _____ Date filed _____  Case number, if known _____
                                MM / DD / YYYY

      Debtor _____  Relationship _____
      District _____ Date filed _____  Case number, if known _____
                                MM / DD / YYYY

Official Form 105                 Involuntary Petition Against an Individual                 page **2**

Debtor __Scot Matteson_____    Case number (if known)_____

## Part 3: Report About the Case

**10. Venue**
Reason for filing in this court.

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☐ No

☑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Elizabeth Nigro & Associates, APC | 1/16/18 Judgment | $ 64,202.04 |
| Elizabeth Nigro & Associates, APC | 3/28/19 Judgment | $ 114,870.79 |
| | | $ |
| | Total | $ 179,072.83 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor  Scot Matteson                                    Case number (if known) _____

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X _____
Signature of petitioner or representative, including representative's title

Elizabeth Nigro & Associates, APC
Printed name of petitioner

Date signed  02/06/2020
             MM / DD / YYYY

**Mailing address of petitioner**

4 Venture, Suite 320
Number   Street

Irvine                    CA       92618
City                      State    ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone  _____
Email          _____

**Name and mailing address of petitioner's representative, if any**

Elizabeth Nigro
Name

4 Venture, Suite 320
Number   Street

Irvine                    CA       92618
City                      State    ZIP Code

**Attorneys**

X _____
Signature of attorney

Elizabeth Nigro
Printed name

Same
Firm name, if any

_____
Number   Street

_____
City                      State    ZIP Code

Date signed  2/6/2020
             MM / DD / YYYY

Contact phone  _____  Email  _____

Official Form 105                    Involuntary Petition Against an Individual                    page **4**

Case 8:20-bk-10441-TA    Doc 1    Filed 02/07/20    Entered 02/07/20 12:59:30    Desc
Main Document    Page 5 of 12

Debtor   **Scot Matteson** _____    Case number (*if known*)_____

✖ _____
Signature of petitioner or representative, including representative's title

_____
Printed name of petitioner

Date signed  _____
MM / DD / YYYY

**Mailing address of petitioner**

_____
Number    Street

_____
City                State           ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City      State ZIP Code


✖ _____
Signature of Attorney

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                State           ZIP Code

Date signed  _____
MM / DD / YYYY

Contact phone _____ Email _____


✖ _____
Signature of petitioner or representative, including representative's title

_____
Printed name of petitioner

Date signed  _____
MM / DD / YYYY

**Mailing address of petitioner**

_____
Number    Street

_____
City                State           ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                State           ZIP Code


✖ _____
Signature of Attorney

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                State           ZIP Code

Date signed  _____
MM / DD / YYYY

Contact phone _____ Email _____


Official Form 105                Involuntary Petition Against an Individual                page **5**

Scot Matteson

12. TRANSFER OF CLAIM: Attached are assignment documents filed 10/25/19 and 2/6/2020 in the Orange County Superior Court. The claim was temporarily assigned to the petitioner's husband, for purposes of litigation of that lawsuit only, since petitioner would have been a witness in that proceeding, and did not want to act as her own attorney therein. The second transfer was for the purpose of terminating that case, and not for the purpose of instituting the within case.

CORPORATE OWNERSHIP STATEMENT PER BANKRUPTCY RULE 1010(b):

Petitioner is the President and sole owner of Elizabeth Nigro & Associates, APC.

Case 8:20-bk-10441-TA    Doc 1    Filed 02/07/20    Entered 02/07/20 12:59:30    Desc
Main Document    Page 7 of 12

Electronically Filed by Superior Court of California, County of Orange 10/25/2019 03:06:00 PM.
DAVID H. YAMASAKI, Clerk of the Court By e Clerk, Deputy Clerk 30-2019-01064564-CU-FR-CJC ROA # 39

SCOT MATTESON

**Elizabeth Nigro, Esq. – SBN: 177941**
ELIZABETH NIGRO & ASSOCIATES, APC
4 Venture, Ste 320
Irvine, CA 92618
949-453-0530

In Pro Per

## SUPERIOR COURT OF THE STATE CALIFORNIA

## FOR THE COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

| | |
|---|---|
| ELIZABETH NIGRO & ASSOCIATES, APC<br><br>Plaintiff,<br><br>vs.<br><br>CENTURION PARTNERS SANTA ANA, LLC A DELAWARE LIMITED LIABILITY COMPANY, SCOT MATTESON, AND DOES 1 THROUGH 20, INCLUSIVE,<br><br>Defendants. | Case No. 30-2019-01064564-CU-PR-CJC<br><br>ASSIGNMENT OF CLAIM FOR DAMAGES |

This Agreement of a Claim for Damages (the "Agreement") is made and effective this 15th day of October, 2019.

**BETWEEN:** Elizabeth Nigro & Associates, APC., organized and existing under the laws of the State of California, located at 4 Venture, Suite 320, Irvine, California 92618.

**AND:** Eugene A. Hooser, an individual whose business address is 9891 Irvine Center Dr., Suite 130, Irvine, California 92618.

---

ASSIGNMENT OF CLAIM FOR DAMAGES     Page 1

SCOT MATTESON

1 **FOR VALUE RECEIVED**: The Assignor Elizabeth Nigro & Associates, APC., hereby sells and
2 transfers to the Assignee Eugene Hooser and his successors, assigns, and personal representatives,
3 any and claims, demands, and cause or causes of action of any kind whatsoever, including
4 judgments, which the undersigned has or may have against Scot Matteson, and Centurion Partners
5 Santa Ana, LLC a Limited Liability Company.

7 **CASE NUMBERS**: 30-2019-01064564—30-2017-00947345— 30-2018-01027811

9 **IN WITNESS WHEREOF**, the parties have executed this Agreement on the day and year first
10 above written, signed, sealed and delivered in the presence of each other.

12 Assignor                                              Assignee

14 _____                            _____
   Elizabeth Nigro, Esq.                                 Eugene Hooser
15 Elizabeth Nigro & Associates, APC.

ASSIGNMENT OF CLAIM FOR DAMAGES                                                      Page 2

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 4 Venture, Suite 320, Irvine, CA 92618.

On, October 25, 2019, I served a copy of the following document on the party or parties named below:

## ASSIGNMENT OF CLAIM FOR DAMAGES

___ BY FAX: By transmitting by facsimile machine to the parties identified below. The facsimile machine I used complied with California Rules of Court, Rule 2.306, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2.306(h), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

___ BY PERSONAL DELIVERY: I caused the aforementioned document(s) to be hand delivered to the addressee(s) listed below:

_X_ BY MAIL: By placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Irvine, California, addressed as follows:

Steven R. Young
Law Offices of Steven R. Young
600 Anton Blvd., Suite 650
Costa Mesa, CA 92626

___ BY OVERNIGHT DELIVERY: I enclosed the documents by placing them in an envelope provided by an overnight delivery carrier and addressed to **NAME AND ADDRESS**. I placed the envelope for collection and overnight delivery at an a regularly utilized drop box of the overnight delivery carrier.

Executed on October 25 2019, at Irvine, California.

I declare, under penalty of perjury of the laws of the State of California, that the foregoing is true and correct.

KRYSTI RITCHIE

Proof of Service

**Eugene Hooser, In Pro Per**

9891 Irvine Center Drive, Suite 130

Irvine, CA 92618

Plaintiff's Assignee

## SUPERIOR COURT OF THE STATE CALIFORNIA
## FOR THE COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

| | |
|---|---|
| ELIZABETH NIGRO & ASSOCIATES, APC<br><br>Plaintiff,<br><br>vs.<br><br>CENTURION PARTNERS SANTA ANA, LLC A DELAWARE LIMITED LIABILITY COMPANY, SCOT MATTESON, AND DOES 1 THROUGH 20, INCLUSIVE,<br><br>Defendants. | Case No. 30-2019-01064564-CU-PR-CJC<br><br>**ASSIGNMENT OF CLAIM FOR DAMAGES** |

This agreement of a Claim for Damages (the "Agreement") is made and effective this 5th day of February, 2020.

BETWEEN: Elizabeth Nigro & Associates, APC., organized and existing under the laws of the State of California, located at 4 Venture, Suite 320, Irvine, California 92618.

///

---

ASSIGNMENT OF CLAIM FOR DAMAGES                                                                 Page 1

SCOT MATTESON

1  AND: Eugene A. Hooser, an individual whose business address is 9891 Irvine Center Dr., Suite
2  130, Irvine, California 92618.
3  FOR VALUE RECEIVED: The Assignor Eugene Hooser., hereby sells and transfers to the
4  Assignee Elizabeth Nigro & Associates, APC and his successors, assigns, and personal
5  representatives, any and claims, demands, and cause or causes of action of any kind whatsoever,
6  including judgments, which the undersigned has or may have against Scot Matteson, and Centurion
7  Partners Santa Ana, LLC a Limited Liability Company.
8  CASE NUMBERS: 30-2019-01064564—30-2017-00947345— 30-2018-01027811
9  IN WITNESS WHEREOF, the parties have executed this Agreement on the day and year first above
10 written, Signed, sealed and delivered in the presence of each other.

12 Assignor                                    Assignee

14 _____           _____
   Eugene Hooser                              Elizabeth Nigro, Esq.
                                              Elizabeth Nigro & Associates, APC.

ASSIGNMENT OF CLAIM FOR DAMAGES                                      Page 2

# PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     )  ss.
COUNTY OF ORANGE     )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 4 Venture, Suite 320, Irvine, CA 92618.

On, February 6, 2020, I served a copy of the following document on the party or parties named below:

## ASSIGNMENT OF CLAIM FOR DAMAGES

\_\_\_ **BY FAX:** By transmitting by facsimile machine to the parties identified below. The facsimile machine I used complied with California Rules of Court, Rule 2.306, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2.306(h), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

\_\_\_ **BY PERSONAL DELIVERY:** I caused the aforementioned document(s) to be hand delivered to the addressee(s) listed below:

_X_ **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Irvine, California, addressed as follows:

Steven R. Young
Law Offices of Steven R. Young
600 Anton Blvd., Suite 650
Costa Mesa, CA 92626

\_\_\_ **BY OVERNIGHT DELIVERY:** I enclosed the documents by placing them in an envelope provided by an overnight delivery carrier and addressed to **NAME AND ADDRESS**. I placed the envelope for collection and overnight delivery at an a regularly utilized drop box of the overnight delivery carrier.

Executed on February 6, 2020, at Irvine, California.

I declare, under penalty of perjury of the laws of the State of California, that the foregoing is true and correct.

_____
KRYSTI RITCHIE

Proof of Service