ROBERT E. OPERA – California State Bar No. 101182
ropera@wghlawyers.com
ALASTAIR M. GESMUNDO – California State Bar No. 316573
agesmundo@wghlawyers.com
**WINTHROP GOLUBOW HOLLANDER, LLP**
1301 Dove Street, Suite 500
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

Counsel for Alleged Debtor, Scot Matteson

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:20-bk-10441-TA |
| SCOT MATTESON, | Chapter 7 Proceeding |
|     Alleged Debtor. | **STIPULATION TO CONTINUE STATUS HEARING AND TO EXTEND TIME TO FILE RESPONSE TO INVOLUNTARY PETITION FILED BY ELIZABETH NIGRO & ASSOCIATES, APC** |
| | **Current Hearing Date:**<br>DATE: March 10, 2020<br>TIME: 11:00 a.m.<br>PLACE: Courtroom 5B<br>    411 West Fourth Street<br>    Santa Ana, CA 92701 |
| | **Proposed Hearing Date:**<br>DATE: April 7, 2020<br>TIME: 11:00 a.m.<br>PLACE: Courtroom 5B<br>    411 West Fourth Street<br>    Santa Ana, CA 92701 |

1 | This Stipulation to Continue Status Hearing and To Extend Time to File Response to
2 | Involuntary Petition Filed by Elizabeth Nigro & Associates, APC ("Stipulation") is entered into by
3 | and among Scot Matteson, the alleged debtor in the above-captioned Chapter 7 case ("Alleged
4 | Debtor"), on one hand, and Elizabeth Nigro & Associates, APC (the "Petitioning Creditor"), on
5 | the other hand.

**RECITALS**

A. On February 7, 2020, the Petitioning Creditor filed an involuntary petition ("Involuntary Petition") commencing this Chapter 7 bankruptcy case against the Alleged Debtor, as Case No. 8:20-bk-10441-TA.

B. The status hearing in the case is currently scheduled for March 10, 2020 at 11:00 a.m. ("Status Hearing").

C. On February 13, 2020, a summons was re-issued with respect to the Involuntary Petition [Docket No. 5]. The Petitioning Creditor filed a proof of service with respect to the summons [Docket No. 6], with the date of service listed as February 21, 2020 (the "Summons"). Based thereon, the deadline to file a response to the Involuntary Petition is March 15, 2020.

D. The Alleged Debtor has requested that the Petitioning Creditor stipulate to (i) continue the Status Hearing to April 7, 2020 at 11:00 a.m., and (ii) extend the time for the Alleged Debtor to file a response to the Involuntary Petition, in order to allow the Alleged Debtor and the Petitioning Creditor to discuss the possibility of resolving their differences. The Petitioning Creditor is prepared to stipulate to such a continuance of the Status Hearing and to extend the time for the Alleged Debtor to respond to the Insolvency Petition, in accordance with the terms and conditions set forth herein.

**NOW, THEREFORE,** based upon the foregoing Recitals and for good and sufficient cause, the Alleged Debtor and the Petitioning Creditor hereby agree and stipulate as follows.

**AGREEMENT**

1. The Status Hearing, currently set for March 10, 2020, at 11:00 a.m., shall be

1 continued to April 7, 2020 at 11:00 a.m.

2    2.    The deadline for the Alleged Debtor to file a response to the Involuntary Petition shall be March 27, 2020.

4    3.    No further notice or hearing shall be necessary to effectuate the foregoing.

Dated:  March 9, 2020                    **WINTHROP GOLUBOW HOLLANDER, LLP**

By:   */s/ Robert E Opera*
      Robert E. Opera
      Alastair M. Gesmundo
Counsel for Scot Matteson

Dated:  March 9, 2020                    **ELIZABETH NIGRO & ASSOCIATES, APC**

By:   *SEE ATTACHED SIGNATURE PAGE*
      Elizabeth Nigro

1 | continued to April 7, 2020 at 11:00 a.m.

2. The deadline for the Alleged Debtor to file a response to the Involuntary Petition shall be March 27, 2020.

3. No further notice or hearing shall be necessary to effectuate the foregoing.

Dated: March 9, 2020

WINTHROP GOLUBOW HOLLANDER, LLP

By: /s/ Robert E Opera
Robert E. Opera
Alastair M. Gesmundo
Counsel for Scot Matteson

Dated: March 9, 2020

ELIZABETH NIGRO & ASSOCIATES, APC

By: /s/ Elizabeth Nigro
Elizabeth Nigro

## CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 1301 Dove Street, Suite 500 Newport Beach, CA 92660.

A true and correct copy of the foregoing document entitled: **STIPULATION TO CONTINUE STATUS HEARING AND CONFIRM DEADLINE TO FILE ANSWER TO INVOLUNTARY PETITION FILED BY ELIZABETH NIGRO & ASSOCIATES, APC** will be served or was served in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 9, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Elizabeth Nigro**   kritchie@nigrofamilylaw.com
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

**2.  SERVED BY UNITED STATES MAIL**:  On \_\_\_\_ , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity servd):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 9, 2020 | Jeannie Martinez | /s/ Jeannie Martinez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |