| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Elizabeth Nigro, Esq. (SBN: 177941)<br>ELIZABETH NIGRO & ASSOCIATES, APC<br>4 Venture, Suite 320<br>Irvine, CA 92618<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Petitioning Creditor | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>SCOT MATTESON<br><br><br><br>Debtor(s) | CASE NO.: 8:20-bk-10441-TA<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** *(title of motion[1])*: [Proposed] Order Approving Stipulation to Dismiss Chapter 7 Involuntary Petition Filed by Elizabeth Nigro & Associates, APC |

PLEASE TAKE NOTE that the order titled [Proposed] Order Approving Stipulation to Dismiss Chapter 7 Involuntary Petition Filed by Elizabeth Nigro & Associates, APC

was lodged on *(date)* __08/03/2020__ and is attached. This order relates to the motion which is docket number __33__.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 9021-1.2.BK.NOTICE.LODGMENT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4 Venture, Suite 320, Irvine, CA 92618

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __08/03/2020__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Shraddha Bharatia notices@becket-lee.com; Elizabeth Nigro liznigro@nigrofamilylaw.com; Robert E Opera ropera@wghlawyers.com, pj@wcghlaw.com; jmartinez@wghlawyers.com; Meir@virtualparalegalservices.com; Valerie Smith claims@recoverycorp.com; United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/03/2020 | Krysti Ritchie | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012        Page 2        F 9021-1.2.BK.NOTICE.LODGMENT

1  Elizabeth Nigro, Esq. (SBN: 177941)
2  ELIZABETH NIGRO & ASSOCIATES, APC
   4 Venture, Suite 320
3  Irvine, CA 92618

4  Tel: (949) 453-0530
   Fax: (949) 453-0531
5

6  In Pro Per

7               UNITED STATES BANKRUPTCY COURT
8          CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

9

| In re:<br><br>SCOT MATTESON,<br><br>Alleged Debtor. | Case No. 8:20-bk-10441-TA<br><br>Chapter 7 Proceeding<br><br>**[PROPOSED] ORDER APPROVING STIPULATION TO DISMISS CHAPTER 7 INVOLUNTARY PETITION FILED BY ELIZABETH NIGRO & ASSOCIATES, APC** |
|---|---|

The Court having read and considered the Stipulation to Dismiss Chapter 7 Involuntary Petition filed by Elizabeth Nigro & Associates, APC ("Stipulation") entered into by and between Scot Matteson, the alleged debtor in the above-captioned Chapter 7 case ("Alleged Debtor"), on one hand, and Elizabeth Nigro & Associates, APC (the "Petitioning Creditor"), on the other hand, and determining that good and adequate cause exists,

**IT IS HEREBY ORDERED** that:

1. The Stipulation is approved in its entirety.
2. The Involuntary Petition is dismissed with prejudice.
3. The Parties shall bear their own fees and costs with respect to the Involuntary Petition.

1      4.     The Alleged Debtor waives any right to recover fees on account of the Petitioning
Creditor's filing of the Involuntary Petition.

    5.     No further notice or hearing shall be necessary to effectuate the foregoing.

###