ROBERT E. OPERA – California State Bar No. 101182
ropera@wghlawyers.com
ALASTAIR M. GESMUNDO – California State Bar No. 316573
agesmundo@wghlawyers.com
**WINTHROP GOLUBOW HOLLANDER, LLP**
1301 Dove Street, Suite 500
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

Counsel for Alleged Debtor, Scot Matteson

**FILED & ENTERED**

**AUG 07 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>SCOT MATTESON,<br><br>   Alleged Debtor. | Case No. 8:20-bk-10441-TA<br><br>Chapter 7 Proceeding<br><br>**ORDER APPROVING STIPULATION TO DISMISS CHAPTER 7 INVOLUNTARY PETITION FILED BY ELIZABETH NIGRO & ASSOCIATES, APC** |

The Court having read and considered the Stipulation to Dismiss Chapter 7 Involuntary Petition filed by Elizabeth Nigro & Associates, APC ("Stipulation") entered into by and between Scot Matteson, the alleged debtor in the above-captioned Chapter 7 case ("Alleged Debtor"), on one hand, and Elizabeth Nigro & Associates, APC (the "Petitioning Creditor"), on the other hand, and determining that good and adequate cause exists,

**IT IS HEREBY ORDERED** that:

1. The Stipulation is approved in its entirety.

2. The Involuntary Petition is dismissed with prejudice.

3. The Parties shall bear their own fees and costs with respect to the Involuntary Petition.

//

//

//

Order#1302768#777b4dc5-d236-4c0f-bd3a-e705fe5e4b27

4. The Alleged Debtor waives any right to recover fees on account of the Petitioning Creditor's filing of the Involuntary Petition.

5. No further notice or hearing shall be necessary to effectuate the foregoing.

###

Date: August 7, 2020

Theodor C. Albert
United States Bankruptcy Judge